Chicago Title & Trust Company, appellee, v. Leo Wallach et al., defendants, on appeal of Henry Vander Valk, appellant. Gen. No. 36,218.

Opinion filed February 6, 1933.

Livingston & Kaufman, for appellant. Ernest A. Eklund and Norman R. Miller, for appellee; Frederick J. Bertram and John N. Thornburn, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Joseph Kulak, appellant, v. John Blaha et al., appellees. Gen. No. 36,243.

Opinion filed February 6, 1933.

Samuel L. Rosenblatt, for appellant. Joseph W. Koucky, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Ernest Hardy, administrator of the estate of Pearl Hardy, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 36,272.

Opinion filed February 6, 1933.

Hoyne, O'Connor & Rubinkam, for appellant. Brown & Stout, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Max Thorek, appellee, v. Union Indemnity Company, appellant. Gen. No. 36,321.

Opinion filed February 6, 1933. Rehearing denied February 20, 1933.

Church, Haft, Robertson, Crowe & Spence, for appellant; Charles M. Haft and Burt A. Crowe, of counsel. John A. Bloomingston, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.